1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6             FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    JAMAL J. DAVIS,                        )    No. C 10-3400 JSW (PR)
                                            )
9              Plaintiff,                   )    **ORDER OF TRANSFER**
                                            )
10      vs.                                 )
                                            )    (Docket No. 2)
11   WARDEN,                                )
                                            )
12             Defendants.                  )
                                            )
13
14          Plaintiff, a prisoner of the State of California, has filed this civil rights action

15   under 42 U.S.C. § 1983 complaining about circumstances surrounding his arrest by

16   Palmdale, California police, and his subsequent criminal prosecution.  Plaintiff has filed

17   an application to proceed *in forma pauperis* (docket no. 2.)

18          In the complaint, Plaintiff complains about Defendants located within the venue

19   of the United States District Court for the Central District of California.  Plaintiff alleges

20   no basis for jurisdiction within the venue of the United States District Court for the

21   Northern District of California.

22          When jurisdiction is not founded solely on diversity, venue is proper in the

23   district in which (1) any defendant resides, if all of the defendants reside in the same

24   state, (2) the district in which a substantial part of the events or omissions giving rise to

25   the claim occurred, or a substantial part of property that is the subject of the action is

26   situated, or (3) a judicial district in which any defendant may be found, if there is no

27   district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a

28   case is filed in the wrong venue, the district court has the discretion either to dismiss the

     case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. §

1406(a).  Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run.  *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

Plaintiff brings his claims involving Defendants who reside within the venue of the Central District of California, in a case where a substantial part of the events or omissions giving rise to the claim also occurred.  *See* 28 U.S.C. §1391(b)(2).  Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California.  In light of the transfer, the Court will not resolve Plaintiff's pending motion (docket nos. 2).  The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: October 5, 2010

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMAL J. DAVIS,

        Plaintiff,

  v.

WARDEN,

        Defendant.

_____/

Case Number: CV10-03400 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamal J. Davis
V67374
P.O. Box 5000
Delano, CA 93216

Dated: October 5, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk